# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THOMAS STEVEN FLAHERTY
ADC #115819                                                                              PLAINTIFF

V.                                    No. 5:13CV00143 SWW-BD

CURTIS L. MEINZER                                                                        DEFENDANT

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Flaherty's motion to amend (docket entry #23) is DENIED.

IT IS SO ORDERED, THIS 6TH DAY OF FEBRUARY, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE