# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

THOMAS STEVEN FLAHERTY
ADC #115819                                                                                PLAINTIFF

V.                          NO. 5:13CV00143 SWW-BD

CURTIS L. MEINZER                                                                          DEFENDANT

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation") in this case, and the parties have not filed any objections to that Recommendation. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendant Meinzer's motion for summary judgment (#30) is GRANTED. Mr. Flaherty's claim regarding Defendant Meinzer's failure to provide him meaningful 48-hour relief from punitive isolation from January 2nd through January 4th, 2013, is DISMISSED, with prejudice. Mr. Flaherty's remaining claims are DISMISSED, without prejudice, based on his failure to exhaust administrative remedies. Mr. Flaherty's motion for summary judgment (#34) is DENIED.

IT IS SO ORDERED this 7th day of May, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE