# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**THOMAS STEVEN FLAHERTY**
**ADC #115819**                                                                                    **PLAINTIFF**

**V.**                         **NO. 5:13CV00143 SWW-BD**

**CURTIS L. MEINZER**                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 7th day of May, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE